1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7               FOR THE DISTRICT OF ARIZONA
8
9  Demond Wilson,                    )   No. CV-06-935-PHX-ROS (DKD)
                                      )
10         Petitioner,                )   **ORDER**
                                      )
11  vs.                               )
                                      )
12                                    )
    Joe W. Booker, Jr., Warden,       )
13                                    )
           Respondent.                )
14                                    )
                                      )
15
16

On March 31, 2006, Petitioner filed a Petition for Writ of Habeas Corpus. (Doc. 1) On August 29, 2006, Magistrate Judge David K. Duncan issued a Report and Recommendation ("R&R") recommending that the petition be denied and dismissed with prejudice. (Doc. 14) No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 14) is **ADOPTED** and this case is **DISMISSED WITH PREJUDICE**.

DATED this 18th day of September, 2006.

_____
Roslyn O. Silver
United States District Judge